# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN SMITH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　Respondents. | Case No. 2:19-cv-01858-KJD-BNW<br><br>**ORDER** |

Petitioner having filed a motion for enlargement of time (second request) (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (second request) (ECF No. 12) is **GRANTED**. Petitioner will have fourteen up to and including February 28, 2020, to show cause why the court should not dismiss the action as untimely.

DATED: February 13, 2020

_____
KENT J. DAWSON
United States District Judge