# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN SMITH, | Case No. 2:19-cv-01858-KJD-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 19), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 19) is **GRANTED**. Respondents will have up to and including August 14, 2020, to file and serve a response to the petition for a writ of habeas corpus.

DATED: June 16, 2020

_____
KENT J. DAWSON
United States District Judge