1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11      CALVIN SMITH,                            Case No. 2:19-cv-01858-KJD-BNW

12                   Petitioner,                 **ORDER**

13            v.

14      JERRY HOWELL, et al.,

15                   Respondents.

16

17          Respondents having filed a motion for enlargement of time (second request) (ECF No.

18   21), and good cause appearing;

19          IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second

20   request) (ECF No. 21) is **GRANTED**.  Respondents will have up to and including September 14,

21   2020, to file and serve a response to the petition for a writ of habeas corpus.

22          DATED:  August 17, 2020

23                                              _____

24                                              KENT J. DAWSON
                                                United States District Judge
25

26

27

28

                                                1