# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN SMITH,<br><br>             Petitioner,<br><br>      v.<br><br>JERRY HOWELL, et al.,<br><br>             Respondents. | Case No. 2:19-cv-01858-KJD-BNW<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 23), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 23) is **GRANTED**. Respondents will have up to and including September 18, 2020, to file and serve a response to the petition for a writ of habeas corpus.

DATED:  September 17, 2020

_____
KENT J. DAWSON
United States District Judge

1